STATE EX REL. NELS C. WESTMAN v. ADJUTANT GENERAL AND ANOTHER.[1]

March 6, 1925.

No. 24,542.

Case followed.

Upon the relation of Nels C. Westman the supreme court granted its writ of certiorari directed to the adjutant general and the soldiers bonus board to review the action of the adjutant general in disallowing relator's claim for a soldier's bonus. The adjutant general appeared specially, objected to the jurisdiction of the court, demurred to the petition as stated in the writ, and moved to dismiss the same. Writ quashed.

*Donald S. Doty*, for relator.

*Clifford L. Hilton*, Attorney General, and *Albert F. Pratt*, Assistant Attorney General, for respondent.

PER CURIAM.

The writ of certiorari issued in this case to review the action of the adjutant general in disallowing the claim of the relator for a soldiers bonus was not served until November 5, 1924, and the writ is quashed on authority of the case of Anderson v. Soldiers Bonus Board, supra, page 251.

[1]Reported in 202 N. W. 445.